UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEHOADDAN WILSON,<br>        Plaintiff,<br>   v.<br>UNITED STATES,<br>        Defendant. | Case No. 23-cv-03352-VC<br><br>**ORDER OF DISMISSAL** |

    Jehoaddan Wilson, a federal inmate proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Wilson was convicted and sentenced in a federal criminal action in this district before another judge, and an appeal is pending with the Ninth Circuit. It is difficult to understand Wilson's claims in this lawsuit, but she generally takes issue with the fairness of the proceedings in her criminal case. She disagrees with the rulings from the Ninth Circuit and the district court and believes the prosecution violated the law. In this lawsuit, she seeks money damages, to be released from prison and for the court to compel production of documents.

    The lawsuit is dismissed for lack of jurisdiction because it is "obviously frivolous." *Steel Co. v. Citizens for a Better Environment*, 523 U.S. 83, 89 (1998). This court lacks the authority to intervene in a federal criminal case that is pending before a different district judge and/or the Court of Appeals. Dismissal is without leave to amend. The clerk shall enter a separate judgment and close this case.

    **IT IS SO ORDERED.**

Dated: August 10, 2023

_____
VINCE CHHABRIA
United States District Judge